UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TONY NNAMANI, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:14-cv-02177 |
| | ) | Senior Judge Haynes |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 13) to grant Defendant's motion to dismiss (Docket Entry No. 10). Plaintiff has not filed an objection.

After de novo review, the Report and Recommendation is **ADOPTED**, and Defendant's motion to dismiss (Docket Entry No. 10) is **GRANTED**. This action is **DISMISSED** without prejudice to the Plaintiff's underlying claim.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the ___ day of July, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge